UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JERROD JONES

                         Plaintiff(s),

*MEDIATION CERTIFICATION*

    __23__ - cv - __6287__

               v.

CITY OF ROCHESTER, et al.

                        Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on __2/22/24__.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☑ *Case has not settled.* Mediation will continue on __03/22/2024__.

    ☐ *Case has not settled.*

*Date:* __02/22/2024__            *Mediator:* /S/ __Steven V. Modica__

*Additional Comments:*
_____
_____
_____

[Print]     [Clear Form]