UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JERROD JONES

                Plaintiff,                **STIPULATION OF**
v.                                                 **DISCONTINUANCE**

THE CITY OF ROCHESTER, et al,

                                                       Case No. 23-CV-6287

                Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record on behalf of all the parties to the above entitled action, pursuant to the Federal Rules of Civil Procedure Rule §41(a)(ii) that the above entitled action be and the same hereby is dismissed, with prejudice and on the merits without costs to either party as against the other.  This stipulation may be filed with the Court by the City of Rochester without further notice.

Dated:  July 3,  2024

S/ *Nathan McMurray*                       S/*Patrick B. Naylon*

| NATHAN MCMURRAY, ESQ | Patrick Beath, Corporation Counsel<br>by: Patrick B. Naylon, Esq., Of Counsel |
|---|---|
| *Attorney for Plaintiff* | *Attorneys for City Defendants* |
| 225 Broadway | 30 Church Street, Room 400A |
| New York, NY  10016 | Rochester, New York 14614 |
| nate@mcmurraylaw.org | Patrick.Naylon@CityofRochester.gov |

SO ORDERED:

_____Date:\_\_\_\_\_
Hon. Elizabeth A. Wolford
Chief Judge
United States District Court
Western District of New York